IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


DARRELL G. DEAN                                                                    PLAINTIFF


        v.                                    CIVIL NO. 12-3112


CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                                     DEFENDANT

### J U D G M E N T

        For reasons stated in a memorandum opinion of this date, the Court hereby reverses the

decision of the Commissioner, and remands this case for further consideration pursuant to

sentence four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment**

**on the docket in which to appeal.**

        If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  See

Shalala  v.  Schaefer,  509  U.S.  292,  296,  113  S.C.  2625  (1993);  28  U.S.C.  §§

2412(d)(1)(B),(d)(2)(G).

        IT IS SO ORDERED AND ADJUDGED this 18th day of November, 2013.



                                                              /s/ *Erin L. Setser*
                                                              HON. ERIN L. SETSER
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1]Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as
Defendant, pursuant to Rule  25(d)(1) of the Federal Rules of Civil Procedure.


**AO72A**
**(Rev. 8/82)**