IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DARRELL G. DEAN                                                        PLAINTIFF

        v.                              CIVIL NO. 12-3112

CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                         DEFENDANT

### J U D G M E N T

For reasons stated in a memorandum opinion of this date, the Court hereby reverses the

decision of the Commissioner, and remands this case for further consideration pursuant to

sentence four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment**

**on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  See

Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 18th day of November, 2013.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as
Defendant, pursuant to Rule  25(d)(1) of the Federal Rules of Civil Procedure.